UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*filed in Boston 6/30/17 US*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | FILED UNDER SEAL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 17-MJ-4106-DHH |
| ) | |
| UP TO $15,711,836 IN UNITED STATES ) | |
| CURRENCY FROM BANK OF AMERICA ) | |
| ACCOUNT ENDING IN #8156 HELD IN ) | |
| THE NAME OF CAPITAL FINANCIAL ) | |
| PARTNERS ENTERPRISE ) | |
| ) | |
| Defendant. ) | |

## MOTION TO UNSEAL

The United States, by and through its attorney, William D. Weinreb, Acting United States Attorney for the District of Massachusetts, hereby moves to unseal **only** the seizure warrant and the return, in the above-referenced matter. The United States also requests that this Court unseal the herein Motion to Unseal.

As grounds, therefore, the United States sets forth the following: the seizure warrant has been executed, and therefore, the public disclosure of these materials, **only**, will not jeopardize the ongoing investigation or the safety of law enforcement officers involved in this investigation.

WHEREFORE, the United States respectfully requests that this Court unseal, **only**, this Motion to Unseal, the seizure warrant and return, including its inventory, in the above-captioned matter.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney,

By: *Doreen M. Rachal*
DOREEN M. RACHAL, B.B.O # 667837
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Doreen.Rachal@usdoj.gov

Dated: June 30, 2017

**SO ORDERED:**

_____
DAVID H. HENNESSY
United States Magistrate Judge

Dated: _____